**Opinion issued May 5, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00129-CR

————————————

## IN RE TULIO WILFREDO ESCOBAR, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Tulio Wilfredo Escobar, has filed a petition for writ of mandamus, seeking to compel respondent, the Honorable Mark Kent Ellis, to sign a certification of defendant's right of appeal in the underlying case and forward relator's notice of appeal and the record to this Court.[1] This Court's records reflect that the trial court clerk has forwarded to this Court relator's notice of appeal, a

---

[1] The underlying case is *Ex parte Tulio Escobar*, No. 1329944-A, in the 351st District Court of Harris County, Texas, the Honorable Mark Kent Ellis presiding.

clerk's record, and a supplemental clerk's record that includes a certification of defendant's right of appeal, and the matter is currently pending in appellate cause number 01-15-00154-CR.

Because relator has received the relief requested in his mandamus petition, we dismiss the petition for writ of mandamus as moot. *See In re Jackson*, No. 01-12-00020-CV, 2012 WL 405707, at *1 (Tex. App.—Houston [1st Dist.] Feb. 9, 2012, orig. proceeding) (mem. op.) (citing *In re Duncan*, 62 S.W.3d 333, 334 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding)).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.
Do not publish. TEX. R. APP. P. 47.2(b).